IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CT-3075-D

| | |
|---|---|
| OWEN D. LEAVITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROBERT C. LEWIS, et al., ) | |
| ) | |
| Defendants. ) | |

On May 17, 2010, Owen D. Leavitt ("Leavitt" or "plaintiff"), a state inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 [D.E. 1]. On January 25, 2011, the court reviewed the allegations of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the action without prejudice for failure to exhaust administrative remedies [D.E. 17] and the clerk entered judgment [D.E. 18]. The clerk mailed a copy of the order and judgment to Leavitt at his place of incarceration, and Leavitt refused to accept the mailing [D.E. 19].

On December 4, 2014, Leavitt filed a motion indicating that he "received no initial copy of" the order and "request[ing] a copy of cases for further legal pursuits[.]" Mot. [D.E. 21] 1. The court GRANTS the motion. The clerk shall send another copy of the January 25, 2011 order and judgment to Leavitt.

SO ORDERED. This 16 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge